UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 8:16-CR-54-T-17TGW

WILLIANS RODRIGUEZ PERSI.

_____/

ORDER

This cause is before the Court on:

Dkt. 22     Motion to Correct Defendant's Name

The United States of America moves to correct an error in the Indictment of Defendant Wiilians Rodriguez Persi. As a result of identification documents seized from Defendant at the time of Defendant's arrest, Defendant's name is incorrectly identified in the Indictment. Defendant has now provided his correct name, which is Persi William Mosquera-Rodriguez.

An indictment ordinarily may be amended provided that any evidence defendant had before the amendment would be equally available to defendant after the amendment. Amendments as a matter of form are freely permitted. See United States v. Johnson, 741 F.2d 1338, 1340-1341 (11th Cir. 1984), cert. denied, 471 U.S. 1117 (1985).

Defendant Mosquera-Rodriguez joins in this request.

After consideration, the Court grants the Motion to Correct Defendant's Name to Persi William Mosquera-Rodriguez, and grants leave for the filing of an amended indictment to correct the misnomer. Accordingly, it is

Case No. 8:16-CR-54-T-17TGW

**ORDERED** that the Motion to Correct Defendant's Name to Persi William Mosquera-Rodriguez (Dkt. 22) is **granted**, and the leave is granted to file an amended indictment.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 28th day of March, 2016.

                              ELIZABETH A. KOVACHEVICH
                              United States District Judge

Copies to:
All parties and counsel of record